IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case: 11 CV 686

ANDREW BELL,
                        Plaintiff,          Judge Shadur

v.
                                          Magistrate Judge Soat Brown

CITY OF HARVEY, ILLINOIS,

                        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF HARVEY, ILLINOIS**

| |
|---|
| SIGNATURE<br>s/Julie A. Bruch |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)      TELEPHONE NUMBER<br>6215813                                                    (847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11 CV 686 |
| | ) | |
| CITY OF HARVEY, ILLINOIS, | ) | Judge Shadur |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2011 I electronically filed this defendant's Appearance of Julie A. Bruch with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Kenneth N. Flaxman
    Kenneth N. Flaxman, P.C.
    200 South Michigan Avenue, Suite 1240
    Chicago, IL 60604-6107
    knf@kenlaw.com

                                          CITY OF HARVEY

                        By:    s/Julie A. Bruch
                               Julie A. Bruch # 6215813
                               O'Halloran Kosoff Geitner & Cook, LLC
                               650 Dundee Road, Suite 475
                               Northbrook, Illinois 60062
                               Telephone: (847) 291-0200
                               Fax: (847) 291-9230
                               e-mail: jbruch@okgc.com