IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

ANDREW BELL,                      )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     No. 11 C 686
                                  )
CITY OF HARVEY, ILLINOIS,         )
                                  )
          Defendant.              )

                 MEMORANDUM OPINION AND ORDER

     Responding to this Court's November 20, 2013 memorandum order, plaintiff Andrew Bell ("Bell") has presented a second supplemental declaration (Dkt. 63) that raises new--and possibly significant--facts. In particular, Bell's Supplemental Declaration ¶¶14-15 state that Chief Eaves's shift decisions deprived him of the opportunity to use his scheduled leave time in 2008. That allegation comes much nearer to the classical definition of a particularized harm than any fact previously provided by Bell.

     Consequently this Court grants defendant City of Harvey ("City") an opportunity to respond to Bell's new allegations. Like Bell, City will be allowed two weeks for that purpose, so it is ordered to tender any response by December 20, 2013. After City has filed its response (if any), this Court should (at long last) be in a position to resolve City's underlying motion for

summary judgment.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date:   December 6, 2013